No. 335. DONALD A. CURRAN, PLAINTIFF IN ERROR, v. CHICAGO SHORT LINE RAILWAY COMPANY. In error to the

Appellate Court, First District of the State of Illinois. Motion to dismiss submitted April 15, 1918. Decided April 22, 1918. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Miedreich* v. *Lauenstein,* 232 U. S. 236, 243; *Interstate Amusement Co.* v. *Albert,* 239 U. S. 560, 566–567. *Mr. Morse Ives* for plaintiff in error. *Mr. William Rothmann* for defendant in error.